# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 14, 2015

Before

KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| No. 14-2150 and 14-2287 | STIFEL, NICOLAUS & COMPANY, INC., et al., Plaintiffs - Appellees<br><br>and<br><br>GODFREY & KAHN, S.C., Plaintiff - Appellee Cross - Appellant<br><br>v.<br><br>LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS and LAKE OF THE TORCHES ECONOMIC DEVELOPMENT CORPORATION, Defendants - Appellants Cross - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 3:13-cv-00372-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley |

The following are before the court:

1. **THE TRIBAL ENTITIES' MOTION TO CORRECT CLERICAL ERROR IN NOVEMBER 24, 2015 OPINION**, filed on December 8, 2015, by counsel for the appellants/cross - appellees.

2. **RESPONSE OF GODFREY & KAHN, S.C. TO THE TRIBAL ENTITIES' MOTION TO CORRECT A CLERICAL ERROR IN THE NOVEMBER 24, 2015 OPINION**, filed on December 10, 2015, by counsel for the appellee/cross - appellant.

**IT IS ORDERED** that the motion is **GRANTED**. This court's opinion of November 24, 2015, is **AMENDED** as follows: In the first full sentence on page 39 of the opinion—which currently reads, "Consequently, the Tribal Agreement does not 't[ie] the hands of the Tribe' in the same manner as the Indenture did"—the term "Tribal Agreement" shall be replaced with "Tribal Resolution."

form name: **c7_Order_3J**(form ID: **177**)